**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KIMBERLY GLASS, | No. C 08-4931 SBA |
| Plaintiff, | **ORDER** |
| v. | **[Docket No. 12]** |
| ARCHSTONE COMMUNITIES, et al., | |
| Defendants. | |

Plaintiff's request to reschedule the initial Case Management Conference, currently scheduled for February 4, 2009 at 3:00 p.m. is DENIED AS MOOT. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

IT IS SO ORDERED.

Dated: 1/16/09

SAUNDRA BROWN ARMSTRONG
United States District Judge