1  PAUL BEHREND (SBN 235497)
   Law Offices of Behrend, Morrison, and Alexandra
2  760 Market Street, Suite 706
   San Francisco, CA 94102
3  Phone  (415) 956-0549
   Fax    (415) 956-0749
4

5  Attorneys for Plaintiff
   KIMBERLY GLASS
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
                                    Case No.   C08 4931 EMC
10 KIMBERLY GLASS,
                                    STIPULATION FOR FILING OF
11              Plaintiff,          AMENDED COMPLAINT   ; ORDER

12 v.

13 ARCHSTONE COMMUNITIES, et al.,

14              Defendants.

15

16

17

18    IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of

20 which is attached hereto.

21    IT IS FURTHER STIPULATED that Defendant acknowledges receipt of Plaintiff's

22 First Amended Complaint and that any response or objection thereto shall be filed within

23 twenty (20) days of filing of the First Amended Complaint.

24

25
   Dated:  August 7, 2009          /S/
26                                 Theresa L. Kitay, Esq.
                                   Attorney for Defendant
27
   Dated:  August 7, 2009          /S/
28                                 Paul Behrend, Esq.
                                   Attorney for Plaintiff

   IT IS SO ORDERED.
   Edward M. Chen
   Stipulation for Filing of Amended
   U.S. Magistrate
   Judge

                                                                    1